# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,

v.

RONSHAWN D. BRUNT,

                Defendant.

Case No. 22-CR-123-1-JPS

**ORDER**

On June 7, 2022, the grand jury returned a nine-count Indictment, in which Defendant was charged with six offenses, including violations of 18 U.S.C. §§ 2119(1), 924(c)(1)(A)(iii), 922(g)(1), 924(a)(2), and 2(a). ECF No. 1. On January 26, 2023, the parties filed a plea agreement indicating that Defendant intended plead guilty to Counts One, Three, Four, and Six of the Indictment. ECF No. 28 at 2. The plea agreement further indicated the Government would move to dismiss the remaining counts as to Defendant at the time of sentencing. *Id.* at 3.

The parties appeared before Magistrate Judge William E. Duffin on March 8, 2023 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 31. Defendant entered a plea of guilty as to Counts One, Three, Four, and Six of the Indictment.[1] *Id.* at 1. After

---

[1] The plea agreement incorrectly identified 18 U.S.C. § 2315 as among those statutes Defendant has been charged with violating. ECF No. 28 at 1. Only Defendant's codefendant, Sinsay Davis, is charged with violating this statute. *See* ECF No. 1 at 5. At the plea colloquy, Magistrate Judge Duffin pointed out the error to counsel, who agreed that Defendant was not charged with any violation of this statute. ECF No. 31 at 2. The Court thus finds that this error is not a reason to reject

cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Duffin determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. *Id.*

The same day, Magistrate Judge Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 32. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Judge Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation, ECF No. 32, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 3rd day of April, 2023.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge

---

the plea agreement or Magistrate Judge Duffin's Report and Recommendation thereon.